NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-KA-1243

State Of Louisiana

- - Versus - -

Patrick J. Callegan

18th Judicial District Court
Case #: 103117
Iberville Parish

On Application for Rehearing filed on 10/08/2020 by State of Louisiana
Rehearing ___Granted (to be set for oral arguments via Zoom).___

_____
Page McClendon

_____
Jewel E. "Duke" Welch

_____
Guy Holdridge

Date ___JAN 0 4 2021_____

_____
Rodd Naquin, Clerk

# STATE OF LOUISIANA

# COURT OF APPEAL

# FIRST CIRCUIT

## NUMBER 2019 KA 1243

### STATE OF LOUISIANA

### VERSUS

### PATRICK J. CALLEGAN

Judgment Rendered:   DEC 2 9 2021

Appealed from the
Eighteenth Judicial District Court
In and for the Parish of Iberville, Louisiana
Docket Number 103,117

*************

Patrick J. Callegan

In Proper Person/Appellant

Richard J. Ward, Jr.
District Attorney
Plaquemine, LA

State of Louisiana/Appellee

BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.

Welch J. dissents and would grant a hearing for reasons assigned in the original opinion

**ON REHEARING**

We granted the State of Louisiana's application for rehearing in this case on January 4, 2021. After receiving briefing from the parties, we held oral argument on June 16, 2021. After further review of the matter, we recall our January 4, 2021 order as improvidently granted and we reinstate our decision in State v. Callegan, 2019-1243 (La. App. 1 Cir. 9/24/20), 2020 WL 5688757, reh'g granted (1/4/21). See W & T Offshore, L.L.C. v. Texas Brine Corp., 2018-00950 (La. 1/29/20), 2020 WL 508660.